UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFF SORENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05626 BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Plaintiff (ECF No. 13) and with agreement of Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall file his Opening Brief on or before January 13, 2011;
- Defendant shall file its Response to Plaintiff's Opening Brief on or before February 14, 2011;
- Plaintiff shall file the Reply Brief on or before February 28, 2011; and
- Oral argument, if desired, shall be requested by March 7, 2011.

DATED this 7th day of December 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-CV-05626-BHS-JRC]