UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF SORENSEN,<br>　　　　　Plaintiff,<br>　v.<br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br>　　　　　Defendant. | Case No. C10-5626-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Jeff Sorensen brought this action to seek judicial review of the denial of his application for disability insurance benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 21 .

Based on the stipulation of the parties, the Court recommends that this case be **REVERSED** and **REMANDED** for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall conduct a de novo hearing. The ALJ shall also re-assess the evidence concerning Mr. Sorensen's mental impairment, including the opinions of Howard A. Lloyd, Psy.D., and Leslie Postovoit, Ph.D. In addition, the ALJ shall clarify the limitations resulting from Mr. Sorensen's mental

REPORT AND RECOMMENDATION – 1

impairment, and shall re-assess Mr. Sorensen's mental impairment under the "B" criteria of the special technique.  Finally, the ALJ shall state with precision Mr. Sorensen's residual functional capacity, including exactly how much lifting, carrying, sitting, and standing/walking that Mr. Sorensen can do.

The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 25th day of February, 2011.

/s/ BAT
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2